# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 26-0224V**

| | |
|---|---|
| JOANN MARESCA,<br><br>Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Respondent. | Chief Special Master Corcoran<br><br>Filed: September 16, 2026 |

*Alison Haskins, Siri & Glimstad, LLP, Aventura, FL, for Petitioner.*

*Jay Travis Williamson, U.S. Department of Justice, Washington, DC, for Respondent*

## RULING ON ENTITLEMENT[1]

On February 9, 2026, Joann Maresca filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration, known as SIRVA, a defined Table injury, or in the alternative a caused-in-fact or significant aggravation injury, after receiving an influenza ("flu") vaccine on October 31, 2023. Petition at 1, ¶¶ 6, 23, 25-26. Petitioner also alleges that she received the flu vaccine within the United States, that she suffered the residual effects of her SIRVA for more than six months, and that neither she nor any other party has filed a civil action or

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

received compensation for her alleged SIRVA. *Id.* at ¶¶ 6, 24, 27-28. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On September 16, 2026, Respondent filed his Rule 4(c) Report in which he concedes that Petitioner is entitled to compensation for a Table SIRVA in this case. Respondent's Rule 4(c) Report at 1, 5. Specifically, Respondent believes that "based on the record as it now stands, [P]etitioner has satisfied all legal prerequisites for compensation under the Act." *Id*. at 4-5.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master